JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LEWIS, | NO. CV 04-00077-GPS (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRAL G. ADAMS, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 20, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE